PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

**FILED**

Apr 05, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>**Saintsbury Drive, Sacramento, California, 95834** | 2:24-SW-0303-DB<br><br>**ORDER GRANTING MOTION TO REDACT AND UNSEAL SEARCH WARRANT** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed as to redacted versions of the search warrant, search warrant affidavit, and related case filings.

DATED: April 5, 2024

_____
Hon. Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE